[Civ. No. 1925.   Second Appellate District.—November 7, 1917.]

## GERTIE STEWART, Respondent, v. WILLEDD ANDREWS, Appellant.

APPEAL—ALTERNATIVE METHOD—RECORD NOT PRINTED IN BRIEF—AF-
FIRMANCE OF APPEAL.—An order granting a motion to set aside a
judgment and granting permission to file an amended complaint
must be affirmed on appeal, where there is no record other than a
typewritten transcript prepared in accordance with section 953a of
the Code of Civil Procedure, and the brief of appellant contains
none of the evidence and no part of the record as required by, sec-
tion 953c of such code.

APPEAL from an order of the Superior Court of Los An-
geles County granting a motion to set aside a judgment and
permitting the filing of an amended complaint.   Leslie R.
Hewitt, Judge.

The facts are stated in the opinion of the court.

Willedd Andrews, *in pro. per.*

C. W. Hatton, and J. W. Barnes, for Respondent.

THE COURT.—This is said to be an appeal from an order
granting plaintiff's motion to set aside the judgment and
granting permission to plaintiff to file an amended complaint.
There is no record other than a typewritten transcript, which
we may assume was prepared in accordance with section 953a
of the Code of Civil Procedure.   Appellant has not complied
with section 953c of the Cole of Civil Procedure, which pro-
vides that upon such a record the parties must "print in their
briefs, or in a supplement appended thereto, such portions of
the record as they desire to call to the attention of the court."
The brief for appellant is absolutely deficient in that it con-
tains none of the evidence and contains no part of the record.
On the authority of *Jones* v. *American Potash. Co., ante,*
p. 128, [169 Pac. 397], and cases there cited, the order is
affirmed.